IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE CAMPOS,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:21-cv-00169-JDP<br><br>ORDER GRANTING EXTENSION OF TIME<br><br>ECF No. 12 |

The parties' stipulation, ECF No. 12, is construed as a motion and granted for good cause shown. Plaintiff has until November 8, 2021 to file his motion for summary judgment.

IT IS SO ORDERED.

Dated:  October 7, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE