UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE CAMPOS,<br><br>          Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>          Defendant. | Case No. 2:21-cv-00169-JDP (SS)<br><br>ORDER TO SHOW CAUSE WHY SUMMARY JUDGMENT SHOULD NOT BE GRANTED AGAINST COMMISSIONER OF SOCIAL SECURITY FOR FAILURE TO COMPLY WITH A COURT ORDER<br><br>RESPONSE DUE WITHIN 30 DAYS |

     Plaintiff filed a motion for summary judgment on November 12, 2021. ECF No. 14. Under the scheduling order, the Commissioner had 45 days to file a cross-motion for summary judgment. ECF No. 11. That deadline has now passed, and defendant has not filed a response. Accordingly, defendant must show cause for his failure to comply with a court order and file a cross-motion or other response to the pending motion within thirty days of the date of entry of this order.

IT IS SO ORDERED.

Dated:    April 1, 2022

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE