UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE CAMPOS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No.  2:21-cv-00169-JDP<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>ECF No. 15 |

　　　For good cause shown, ECF No. 17, the court's April 4, 2022, order to show cause, ECF No. 15, is hereby discharged.

IT IS SO ORDERED.

Dated:　April 21, 2022　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　JEREMY D. PETERSON
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE